(100 So. 923)

I. A. BLACK v. Wyatt POPE. (4 Div. 910.) (Court of Appeals of Alabama. June 12. 1924.) Appeal from Circuit Court, Henry County; H. A. Pearce, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(102 So. 919)

J. T. BLACKBURN et al. v. W. A. MOORE & SONS. (2 Div. 302.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Perry County; S. F. Hobbs, Judge. A. W. Stewart, of Marion, and J. F. Thompson, of Birmingham, for appellants. W. L. Hogue, of Marion, for appellee.

SAMFORD, J. Appeal dismissed by appellants.

(102 So. 920)

Charlie BLACKMON v. STATE. (5 Div. 514.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge. Murder, second degree.

SAMFORD, J. Appeal dismissed.

(104 So. 919)

D. F. BONNER v. D. R. RIDENHOUR. (6 Div. 660.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(102 So. 920)

Carter BOONE v. CITY OF BIRMINGHAM. (6 Div. 501.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; John McKinley, Judge. Carrying concealed pistol.

FOSTER, J. On motion of the appellee, the judgment of the circuit court is affirmed, for want of assignments of error.

(102 So. 920)

C. N. BOOTHE v. STATE. (6 Div. 531.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating quarantine law.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(100 So. 924)

Lee C. BRADLEY et al., Rec'rs, v. George NORDMAN. (6 Div. 448.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County; John Denson,

Judge. Tillman, Bradley & Baldwin, of Birmingham, for appellants. G. D. Finley, of Birmingham, for appellee.

SAMFORD, J. Appeal dismissed.

(100 So. 924)

Ike BRASHER v. CITY OF SYLACAUGA. (7 Div. 950.) (Court of Appeals of Alabama. June 5, 1924.) Appeal from Circuit Court, Talladega County; A. P. Agee, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(101 So. 922)

J. W. BRASIER v. NICHOLS BUICK CO. (8 Div. 189.) (Court of Appeals of Alabama. June 30, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge.

SAMFORD, J. Appeal dismissed.

(103 So. 922)

Major BROOKS v. STATE. (8 Div. 215.) (Court of Appeals of Alabama. April 7, 1925.) Appeal from Circuit Court, Limestone County; Osceola Kyle, Judge. W. W. Malone, of Athens, for appellant. Harwell G. Davis, Atty. Gen., for the State. Distilling.

SAMFORD, J. There was sufficient evidence to make out a case for the state, and therefore the general charge as requested by defendant was properly refused. Charge 11 refused to defendant has misleading tendencies, and its refusal was not error. The rulings of the court upon the admissibility of testimony were free from error. We find no error in the record, and the judgment is affirmed. Affirmed.

(100 So. 924)

W. A. BROWN v. BUTLER–GARRETT REAL ESTATE & INS. CO. (6 Div. 316.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. John D. Strange, of Birmingham, for appellant. Arlie Barber, of Birmingham, for appellee.

FOSTER, J. Affirmed on motion.

(103 So. 922)

Ethel BROWN v. STATE. (6 Div. 722.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Robbery.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(104 So. 919)

Bumbo BROWN and Bass Rogers v. STATE. (4 Div. 15.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Petit larceny.

SAMFORD, J. There is no error in the record, and, there being no bill of exceptions, the judgment is affirmed.